IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ABSOLUTE SECURITY PRODUCTS, INC., and DON FREUDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN WATTS TECHNOLOGY, LLC, <br><br> Defendant. | No. 2:25-cv-02848-SHL-atc |

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is the Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, filed by Plaintiffs Absolute Security Products, Inc., and Don Freudenberg on November 14, 2025. (ECF No. 18.) Plaintiffs seek a one-week deadline extension, from November 28 to December 5, due to "counsel's prior holiday plans and travel commitments" over Thanksgiving. (Id. at PageID 159.) Plaintiffs state that the extension "will not delay any proceeding or result in prejudice to any party." (Id.) Defendant Warren Watts Technology, LLC, does not oppose the extension. (Id. at PageID 160.)

For good cause shown, the Motion is **GRANTED**. Plaintiffs must respond to the motion to dismiss by December 5, 2025.

**IT IS SO ORDERED,** this 14th day of November, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE