# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ABSOLUTE SECURITY PRODUCTS, INC., and DON FREUDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> WARREN WATTS TECHNOLOGY, LLC, <br><br> Defendant. | No. 2:25-cv-02848-SHL-atc |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Before the Court is the Parties' Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, filed November 26, 2025. (ECF No. 23.) The Parties seek a two-week deadline extension, from December 5 to December 19, to allow "additional time to determine if a resolution is possible." (Id. at PageID 170.) The Court previously granted a one-week extension. (ECF No. 19.) Since then, the Parties state that they "have engaged in additional and meaningful discussions regarding the possible resolution of this matter." (ECF No. 23 at PageID 170.)

For good cause shown, the Motion is **GRANTED**. Plaintiffs must respond to the motion to dismiss by December 19, 2025. No further extensions will be granted.

**IT IS SO ORDERED,** this 1st day of December, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE