**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ABSOLUTE SECURITY PRODUCTS,      )
INC., and DON FREUDENBERG,       )
                                 )
    Plaintiffs,              )
                                 )
v.                               )    No. 2:25-cv-02848-SHL-atc
                                 )
                                 )
WARREN WATTS TECHNOLOGY, LLC,    )
                                 )
    Defendant.               )

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 4, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 35), filed June 4, 2026, all claims by Plaintiffs against Defendant are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 5, 2026
Date